**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 05-7802**

—————

ALFRED MILTON RIVERA,

                                        Plaintiff - Appellant,

        versus

WARDEN BLEDSOE, United States Penitentiary -
Lee,

                                        Defendant - Appellee.

—————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.  (CA-05-638-7)

—————

Submitted: April 27, 2006              Decided: May 4, 2006

—————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Alfred Milton Rivera, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred Milton Rivera, a federal prisoner, appeals the district court's order that construed his petition he labeled as filed under 28 U.S.C. § 2241 (2000) as a 28 U.S.C. § 2255 (2000) motion and dismissed it as successive. An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that the district court's assessment of the constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Rivera has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

DISMISSED

---

[*]To the extent Rivera may be seeking authorization under 28 U.S.C. § 2244 (2000) to file a second and successive 28 U.S.C. § 2255 (2000) motion, such a motion should be filed in the circuit in which he was sentenced.

- 2 -